*56
 
 Manly, J.
 

 The power to bring an action for words is limited by the Revised Code, ch. 65, sec. 3, to six months , after the speaking of themand the question presented here is : At what time was this action commenced ? "When the first writ was issued? Or when the last?
 

 We concur with his Honor below, that it was at the issuing of the last writ — the one from the Fall Term, 1857, to the following-spring. This latter, although denominated an
 
 alias,
 
 does not connect itself with the other, so as to make one continuous suit, a term having intervened from which no process was issued. In the case of
 
 Fullbright
 
 v. Tritt, 2 Dev. and Bat. 491, it was held that such a failure under precisely similar circumstances, worked a
 
 discontmuanoe
 
 of the suit and the issuing of a writ, purporting to be an alias, at the subsequent ■term, was the beginning of a new suit. The case of
 
 Fullbright
 
 v.
 
 Tritt
 
 is in point, and is satisfactory to us. It decides the cause before us in accordance with the opinion of the ■Judge below-, and his judgment should, therefore, be affirmed.
 

 Per Curiam,
 

 Judgment affirmed.